[Nos. 14549–5–I; 14604–1–I.   Division One.   June 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSTINA
NORMAN, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 83–1–03445–7, 81–1–02596–6, Charles V.
Johnson, J., entered March 30, 1984. *Reversed* and
*remanded* by unpublished per curiam opinion.

[No. 12594–0–I.   Division One.   June 3, 1985.]

CAMPBELL CONSTRUCTION COMPANY, *Respondent,* v. RIGBY
DEVELOPMENT COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–09737–5, James R. Thomas, J., entered
November 24, 1982. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Scholfield, A.C.J., and Hopp, J.
Pro Tem.

[No. 12601–6–I.   Division One.   June 3, 1985.]

DIANA KIRK, *Appellant,* v. LAMONTS, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–10036–6, Shannon Wetherall, J., entered
November 24, 1982. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams, J., Webster, J., con-
curring in part and dissenting in part.